In the Matter of the Claim of EUGENE FASCE, Claimant, for Compensation under the Workmen's Compensation Law, against AUBURN STATE PRISON and Another, Defendants. STATE INDUSTRIAL BOARD, Respondent.

Question certified answered in the affirmative. Hill, P. J., Rhodes, Crapser and Bliss, JJ., concur; McNamee, J., concurs, with a memorandum.

McNAMEE, J. (concurring). I vote to answer the question in the affirmative, but do so reluctantly, and under what appears to be the requirement of the statute. I regard as unfortunate that there should be statutory requirement that a man who is not serving the State because of disability shall receive, by reason of the Workmen's Compensation Law and the special statute, more compensation than when he was in service. This condition should be corrected.

CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. STANDARD ACCIDENT INSURANCE COMPANY, Appellant. (" Olivit " Action.) CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. STANDARD ACCIDENT INSURANCE COMPANY, Appellant, and Another. (" Lippmann " Action.) — Motion for resettlement of order granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of YETTA EISEN, Respondent, against LIBERTY CLOAK HOUSE, Respondent, and LONDON AND LANCASHIRE INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal denied, with ten dollars costs to the claimant against the insurance carrier. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.